UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
TREDA COLLIER DICKENMAN,

                          Plaintiff,

v.                                                ORDER

VILLAGE LUTHERAN CHURCH           25-CV-01912 (PMH)
(INCLUDING THE MINISTRY OF THE
CHAPEL SCHOOL, MICHAEL SCHULTZ,
and ROBERT HARTWELL,

                        Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On June 2, 2025, the Court issued a Notice of Initial Conference which directed, *inter alia*, the parties to file a proposed Civil Case Discovery Plan and Scheduling Order at least one week before the conference. (Doc. 20). The conference was scheduled for June 30, 2025. The parties did not file a proposed Civil Case Discovery Plan and Scheduling Order. On June 30, 2025, the Court adjourned the conference to August 28, 2025 in light of the order of automatic referral to mediation. The parties still have not filed a proposed Civil Case Discovery Plan and Scheduling Order.

Accordingly, no later than noon on August 27, 2025, the parties shall file a letter advising of the status of settlement/mediation and annex thereto a proposed Civil Case Discovery Plan and Scheduling Order for the Court's consideration.

                                                                    SO ORDERED:

Dated: White Plains, New York
          August 25, 2025

                                                                Philip M. Halpern
                                                                 United States District Judge